R. IRVING OUTWATER et al., respondents,

*v.*

PUBLIC SERVICE CORPORATION OF NEW JERSEY et al.,
appellants.

[Decided May 20th, 1929.]

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondents.

*Mr. Frank Bergen,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *103 N. J. Eq. 461.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, CAMPBELL, LLOYD, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.